1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSHUA BUFORD
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  No. 2:09-cr-423 GEB
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER CONTINUING
14      v.                         )  CASE AND EXCLUDING TIME
                                   )
15  JOSHUA BUFORD,                 )  Judge:  Hon. Garland E. Burrell, Jr.
                                   )  Date:   April 16, 2010
16                 Defendant.      )  Time:   9:00 a.m.
                                   )
17  _____ )

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal

20  Defender Jeffrey Staniels, counsel for defendant JOSHUA BUFORD, that

21  the status conference scheduled for April 16, 2010, be vacated and the

22  matter continued until May 21, 2010, for further status conference at

23  the request of the defense.

24      The reason for the continuance is to allow for review of

25  discovery, initial consultation with Mr. Buford, and consideration of

26  various other aspects of defense preparation including investigation

27  and possible pretrial motions.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded between April 16, 2010 and May 21, 2010, pursuant

2  to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (time to

3  prepare).

4       **IT IS SO STIPULATED.**

5

6  Date:  April 16, 2010            /s/ Paul Hemesath
                                   Paul Hemesath
7                                  Assistant United States Attorney
                                   Counsel for Plaintiff
8

9

10  Date:  April 16, 2010           DANIEL J. BRODERICK
                                    Federal Defender
11

12                                  /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
13                                  Assistant Federal Defender
                                    Counsel for Defendant
14                                  JOSHUA BUFORD

15

                                **O R D E R**
16

17      **IT IS SO ORDERED.**

18                    By the Court,

19  Dated:  April 19, 2010

20

21                         _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge

22

23

24

25

26

27

28

Stipulation and Order              -2-