DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA BUFORD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-423 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| JOSHUA BUFORD, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. Date:  May 21, 2010 Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JOSHUA BUFORD, that the status conference scheduled for May 21, 2010, be vacated and the matter continued until June 18, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review of discovery, further consultation with Mr. Buford, and consideration of various other aspects of defense preparation including investigation and possible pretrial motions.

1      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act be excluded between May 21, 2010, and June 18, 2010, pursuant

3  to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to

4  prepare).

5      **IT IS SO STIPULATED.**

6

7  Date:   June 1, 2010                      /s/ Paul Hemesath
                                             Paul Hemesath
8                                            Assistant United States Attorney
                                             Counsel for Plaintiff
9

10

11  Date:   June 1, 2010                      DANIEL J. BRODERICK
                                              Federal Defender
12

13                                            /s/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
14                                            Assistant Federal Defender
                                              Counsel for Defendant
15                                            JOSHUA BUFORD

16                              **O R D E R**

17

18      **IT IS SO ORDERED.**

19              By the Court,

20  Dated:   June 3, 2010

21

22  _____
   GARLAND E. BURRELL, JR.
23  United States District Judge

24

25

26

27

28

Stipulation and Order              -2-