DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA BUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-423 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| JOSHUA BUFORD, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr.<br>Date:  June 18, 2010<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JOSHUA BUFORD, that the status conference scheduled for June 18, 2010, be vacated and the matter continued until July 9, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review of discovery, further consultation with Mr. Buford, and consideration of various other aspects of defense preparation including investigation and possible pretrial motions.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 18, 2010, and July 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  June 17, 2010          /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  June 17, 2010          DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              JOSHUA BUFORD

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 18, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stipulation and Order          -2-