```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSHUA BUFORD
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-423 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND ORDERING PRE- |
| | ) | PLEA PRESENTENCE CRIMINAL HISTORY |
| JOSHUA BUFORD, | ) | REPORT |
| | ) | |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  July 9, 2010 |
| _____ | ) | Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JOSHUA BUFORD, that the status conference scheduled for July 9, 2010, be vacated and the matter continued until September 3, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review Mr. Buford's prior criminal history by the Probation Office and preparation of a report of their findings.  Defense investigation of this issue suggests results of such a review and report will have a substantial

ameliorative effect on advisory guideline computations and a consequential beneficial effect on the ability of the parties to reach mutually agreeable terms of resolution of the case without trial.

The court is advised that defense counsel has conferred with Senior U.S. Probation Officer Thomas Brown who has advised that 6 weeks is needed for the probation office to perform this task.  He has also advised that the Probation Office needs an order from the court directing them to undertake this inquiry.  A proposed order as requested by Mr. Brown follows this stipulation.  The court's deputy clerk has advised defense counsel that September 3, 2010, is the earliest date the court is available after allowing the Probation Office the time they require to prepare the requested report.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between July 9, 2010, and September 3, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  July 8, 2010          /s/ William S. Wong
                             WILLIAM S. WONG
                             Assistant United States Attorney
                             Counsel for Plaintiff


Date:  July 8, 2010          DANIEL J. BRODERICK
                             Federal Defender


                             /s/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Counsel for Defendant
                             JOSHUA BUFORD

Stipulation and Order              -2-

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for July 9, 2010, is VACATED. This case is ordered to be re-calendared on September 3, 2010, for status conference.

The probation office is directed to conduct the criminal history review requested in the above stipulation and report its results to counsel for each of the parties on or before August 20, 2010, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

Dated: July 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -3-