```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA BUFORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-423 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND ORDERING PRE- |
| | ) PLEA PRESENTENCE CRIMINAL HISTORY |
| JOSHUA BUFORD, | ) REPORT |
| | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) Date:  September 3, 2010 |
| _____ | ) Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JOSHUA BUFORD, that the status conference scheduled for September 3, 2010, be vacated and the matter continued until September 17, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review of Mr. Buford's prior criminal history when a previously ordered Probation Office criminal history report is received and to allow further inquiry as to certain information regarding Mr. Buford's background.

1   IT IS FURTHER STIPULATED that time for trial under the Speedy
2 Trial Act be excluded between September 3, 2010, and September 17,
3 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4
4 (time to prepare).
5   **IT IS SO STIPULATED**.

7 Date:  September 2, 2010         /s/ William S. Wong
                                   WILLIAM S. WONG
8                                  Assistant United States Attorney
                                   Counsel for Plaintiff

11 Date:  September 2, 2010           DANIEL J. BRODERICK
                                      Federal Defender

13                                    /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
14                                    Assistant Federal Defender
                                      Counsel for Defendant
15                                    JOSHUA BUFORD

17                            **O R D E R**

18   The above stipulation of the parties is accepted.  The status
19 conference set for September 3, 2010, is VACATED.  This case is ordered
20 to be re-calendared on September 17, 2010, for status conference.
21   **IT IS SO ORDERED**.

22 Dated:  September 8, 2010

                                   _____
24                                 GARLAND E. BURRELL, JR.
25                                 United States District Judge

Stipulation and Order            -2-